Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21114−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carolyn Harmon
dba HSFH, LLC, dba BBQ and Bourbon
Rentals, LLC, dba American Home
Settlers, LLC, dba Mable Street Rental,
LLC, dba BroCar Marketing, LLC, dba
Crimson Blues, LLC, dba Unusual Duplex,
LLC
24 Grove Street
Haledon, NJ 07508

Robert Brown
24 Grove Street
Haledon, NJ 07508

Social Security No.:
   xxx−xx−7009                                    xxx−xx−4261

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/18 at 10:30 AM

to consider and act upon the following:

*14* – Objection to Order to Show Cause (related document:5 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Ch. 13 Plan and Motions (LOCAL FORM).. If an objection is filed a hearing will be held on: July 18, 2018 at 10:30 AM Courtroom 3E. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/31/2018. Objection to Order to Show Cause due by 6/14/2018. (dmc)) filed by Scott J. Goldstein on behalf of Robert Brown, Carolyn Harmon. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 6/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court