Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−21114−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Carolyn Harmon                                        Robert Brown
   dba HSFH, LLC, dba BBQ and Bourbon          24 Grove Street
   Rentals, LLC, dba American Home             Haledon, NJ 07508
   Settlers, LLC, dba Mable Street Rental,
   LLC, dba BroCar Marketing, LLC, dba
   Crimson Blues, LLC, dba Unusual Duplex,
   LLC
   24 Grove Street
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−7009                                       xxx−xx−4261

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                8/1/18
Time:              09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 10, 2018
JAN: mg

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court