Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−21114−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carolyn Harmon<br>dba HSFH, LLC, dba BBQ and Bourbon Rentals, LLC, dba American Home Settlers, LLC, dba Mable Street Rental, LLC, dba BroCar Marketing, LLC, dba Crimson Blues, LLC, dba Unusual Duplex, LLC<br>24 Grove Street<br>Haledon, NJ 07508 | Robert Brown<br>24 Grove Street<br>Haledon, NJ 07508 |

Social Security No.:
  xxx−xx−7009                                         xxx−xx−4261

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 8/1/18
Time:                09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 10, 2018
JAN: mg

                                                        Jeanne Naughton
                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21114-RG
Carolyn Harmon                                                        Chapter 13
Robert Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 10, 2018
                              Form ID: 132             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db/jdb         +Carolyn Harmon,    Robert Brown,    24 Grove Street,    Haledon, NJ 07508-1012
517567655      +American Express,    Attn Bankruptcy,    2965 W Corporate Lakes Blvd,
                 Fort Lauderdale, FL 33331-3626
517567656      +American Home Settlers,    24 Grove Street,    Haledon, NJ 07508-1012
517567658      +Atlantic Stewardship Bank,    630 Godwin Avenue,    Midland Park, NJ 07432-1465
517567661     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
517567660      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517567662      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517600928      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517567664      +Citibank/Home Depot,    Client Services, Inc.,    PO Box 1503,    Saint Peters, MO 63376-0027
517567665      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517567666      +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517567667      +Crimson Blues, LLC,    24 Grove Street,    Haledon, NJ 07508-1012
517567669      +Elan Fin Svc,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5300
517567670      +Jose Rodriguez,    2 Mills Place,    Little Ferry, NJ 07643-1013
517567672      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517567673       NRG Home Solar,    2333 NJ 34,    Manasquan, NJ 08736
517621325       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2018 23:31:05      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2018 23:31:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:50
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517567663      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2018 23:35:33      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517577180       E-mail/Text: mrdiscen@discover.com Jul 10 2018 23:29:53      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517567668      +E-mail/Text: mrdiscen@discover.com Jul 10 2018 23:29:53      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517567671       E-mail/Text: camanagement@mtb.com Jul 10 2018 23:30:26      M&T Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
517570236      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517567674      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:50      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517567675      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:22      Synchrony Bank/Lowes,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                                TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517567657*     +American Home Settlers LLC,    24 Grove Street,    Haledon, NJ 07508-1012
517567659*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Jul 10, 2018
                               Form ID: 132                 Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Joint Debtor Robert   Brown sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Carolyn   Harmon sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```