Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21114−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carolyn Harmon
dba HSFH, LLC, dba BBQ and Bourbon
Rentals, LLC, dba American Home
Settlers, LLC, dba Mable Street Rental,
LLC, dba BroCar Marketing, LLC, dba
Crimson Blues, LLC, dba Unusual Duplex,
LLC
24 Grove Street
Haledon, NJ 07508

Robert Brown
24 Grove Street
Haledon, NJ 07508

Social Security No.:
   xxx−xx−7009                               xxx−xx−4261

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 17, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 23 − 22
Order Granting Motion For Relief From Stay re: 24 Grove Street, Haledon, NJ 07508 (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/14/2018. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 17, 2018
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carolyn Harmon  
Robert Brown  
    Debtors

Case No. 18-21114-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 17, 2018  
                     Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.  
db/jdb        +Carolyn Harmon,    Robert Brown,    24 Grove Street,    Haledon, NJ 07508-1012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2018 22:33:54  
                Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021  
                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Scott J. Goldstein     on behalf of Joint Debtor Robert    Brown sjg@sgoldsteinlaw.com,  
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
         Scott J. Goldstein     on behalf of Debtor Carolyn    Harmon sjg@sgoldsteinlaw.com,  
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 6