**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

CAROLYN HARMON
ROBERT BROWN

**Case No.: 18-21114RG**

**Hearing Date: 10/17/2018**

**Judge: ROSEMARY GAMBARDELLA**

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): CAROLYN HARMON
ROBERT BROWN

Case No.: 18-21114RG

Caption of Order: INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 10/17/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 10/31/2018 or the case will be dismissed without further hearing or notice to debtor(s) and debtor’s attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.