**Charlene Richardson**

| | |
|---|---|
| **From:** | Scott SJG. Goldstein <sjg@sgoldsteinlaw.com> |
| **Sent:** | Thursday, October 25, 2018 11:32 AM |
| **To:** | Lauren O'Shea; Chambers_of RG |
| **Cc:** | mag_magtrustee.com |
| **Subject:** | Re: 18-21114 Harmon & Brown |

FILED
JEANNE A. NAUGHTON, CLERK

OCT 25 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

PLEASE DOCKET

Good morning:
This email will confirm that the debtor has consented to this treatment.
Please contact me with any questions.

Sent from my iPhone, dictated but not corrected

---

**From:** Lauren O'Shea <loshea@magtrustee.com>
**Sent:** Thursday, October 25, 2018 11:12:52 AM
**To:** Judge Gambardella (Chambers_of_rg@njb.uscourts.gov)
**Cc:** Scott SJG. Goldstein; Marie-Ann Greenberg
**Subject:** 18-21114 Harmon & Brown

Good morning,

Please sign the attached order dismissing case for failure to convert the case to Chapter 7 related to the Court's 10/23/18 Interim Order on Confirmation. Please be advised, this dismissal order is being submitted in advance of the deadline with debtors' counsel's consent & is being copied on this submission.

Lauren O'Shea
Marie-Ann Greenberg, Esq., Ch 13 Standing Trustee
973-227-2840 [P]
973-227-3272 [F]

*STATEMENT OF CONFIDENTIALITY THE INFORMATION CONTAINED ON AND WITH THIS EMAIL MESSAGE IS INTENDED FOR THE ADDRESSEE ONLY. IF YOU ARE NOT THE ADDRESSEE, YOU ARE PUT ON NOTICE THAT ANY USE, DISCLOSURE, REPRODUCTION, DISTRIBUTION OR DISSEMINATION OF THE INFORMATION CONTAINED HEREIN IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE EMAIL MESSAGE IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU. THE INFORMATION IN THE EMAIL MESSAGE MAY BE PRIVLEGED AS ATTORNEY WORK-PRODUCT OR OTHERWISE.*

1