| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>OCT 25 2018<br><br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY C. Richards  DEPUTY |
| In Re:<br><br>Carolyn Harmon<br>Robert Brown | Case No.: 18-21114<br><br>Judge: ROSEMARY GAMBARDELLA |

### ORDER DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

_____
Rosemary Gambardella, USBJ

10-25-18

Debtor(s): Carolyn Harmon & Robert Brown

Case No.: 18-21114 (RG)

Caption of Order: Order Dismissing Petition

---

THIS MATTER having come before the Court on an Interim Order on Confirmation entered on 10/23/2018, and the Court having ordered the debtors to convert the case to Chapter 7, and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s) except

$ 1,175.00

shall be disbursed to the Debtor(s)' Counsel for Counsel Fees and Costs hereby allowed as Administrative expenses and/or adequate protection payments due under the proposed plan or by Court Order.