UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  CAROLYN HARMON
  ROBERT BROWN

Case No.:  18-21114RG

Hearing Date:  10/17/2018

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 18-21114RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 10/17/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 10/31/2018 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:
Carolyn Harmon
Robert Brown
　　　Debtors

Case No. 18-21114-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Oct 24, 2018
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db/jdb　　+Carolyn Harmon,　Robert Brown,　24 Grove Street,　Haledon, NJ 07508-1012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
　　Denise E. Carlon　　on behalf of Creditor　　Nationstar Mortgage LLC d/b/a Mr. Cooper
　　　dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　Kevin Gordon McDonald　　on behalf of Creditor　　Nationstar Mortgage LLC d/b/a Mr. Cooper
　　　kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　Scott J. Goldstein　　on behalf of Joint Debtor Robert  Brown sjg@sgoldsteinlaw.com,
　　　cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
　　Scott J. Goldstein　　on behalf of Debtor Carolyn  Harmon sjg@sgoldsteinlaw.com,
　　　cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6