Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−21114−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carolyn Harmon<br>dba HSFH, LLC, dba BBQ and Bourbon Rentals, LLC, dba American Home Settlers, LLC, dba Mable Street Rental, LLC, dba BroCar Marketing, LLC, dba Crimson Blues, LLC, dba Unusual Duplex, LLC<br>24 Grove Street<br>Haledon, NJ 07508 | Robert Brown<br>24 Grove Street<br>Haledon, NJ 07508 |

Social Security No.:
  xxx−xx−7009                                       xxx−xx−4261

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 25, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2018
JAN: car

                                                                       Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-21114-RG
Carolyn Harmon                                                              Chapter 13
Robert Brown
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2              Date Rcvd: Oct 25, 2018
                              Form ID: 148              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db/jdb         +Carolyn Harmon,    Robert Brown,    24 Grove Street,    Haledon, NJ 07508-1012
517567656      +American Home Settlers,    24 Grove Street,    Haledon, NJ 07508-1012
517567658      +Atlantic Stewardship Bank,    630 Godwin Avenue,    Midland Park, NJ 07432-1465
517567660      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517657242      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517567664      +Citibank/Home Depot,    Client Services, Inc.,    PO Box 1503,    Saint Peters, MO 63376-0027
517567665      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517567666      +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517567667      +Crimson Blues, LLC,    24 Grove Street,    Haledon, NJ 07508-1012
517567670      +Jose Rodriguez,    2 Mills Place,    Little Ferry, NJ 07643-1013
517567672      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517567673       NRG Home Solar,    2333 NJ 34,    Manasquan, NJ 08736
517647240      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517621325       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
517567655      +EDI: AMEREXPR.COM Oct 26 2018 02:23:00      American Express,    Attn Bankruptcy,
                 2965 W Corporate Lakes Blvd,    Fort Lauderdale, FL 33331-3626
517638046       EDI: BECKLEE.COM Oct 26 2018 02:23:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517567661       EDI: BANKAMER.COM Oct 26 2018 02:23:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
517567659       EDI: BANKAMER.COM Oct 26 2018 02:23:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517567662      +EDI: TSYS2.COM Oct 26 2018 02:23:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517567663      +EDI: CAPITALONE.COM Oct 26 2018 02:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517600928      +EDI: CITICORP.COM Oct 26 2018 02:23:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517577180       EDI: DISCOVER.COM Oct 26 2018 02:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517567668      +EDI: DISCOVER.COM Oct 26 2018 02:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517567669      +EDI: USBANKARS.COM Oct 26 2018 02:23:00      Elan Fin Svc,    777 E Wisconsin Ave,
                 Milwaukee, WI 53202-5300
517688960       EDI: RESURGENT.COM Oct 26 2018 02:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517685302       EDI: RESURGENT.COM Oct 26 2018 02:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517567671       E-mail/Text: camanagement@mtb.com Oct 25 2018 23:08:13     M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
517692996       EDI: PRA.COM Oct 26 2018 02:23:00      Portfolio Recovery Associates, LLC,    c/o Priceline,
                 POB 41067,    Norfolk VA 23541
517570236      +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517687868      +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517567674      +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517567675      +EDI: RMSC.COM Oct 26 2018 02:23:00      Synchrony Bank/Lowes,    Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                                TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Oct 25, 2018
                               Form ID: 148               Total Noticed: 35

517567657*      +American Home Settlers LLC,    24 Grove Street,    Haledon, NJ 07508-1012
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Scott J. Goldstein    on behalf of Joint Debtor Robert  Brown sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Debtor Carolyn  Harmon sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```