Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−21114−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carolyn Harmon | Robert Brown |
| dba HSFH, LLC, dba BBQ and Bourbon Rentals, LLC, dba American Home Settlers, LLC, dba Mable Street Rental, LLC, dba BroCar Marketing, LLC, dba Crimson Blues, LLC, dba Unusual Duplex, LLC | 24 Grove Street |
| | Haledon, NJ 07508 |
| 24 Grove Street | |
| Haledon, NJ 07508 | |

Social Security No.:
  xxx−xx−7009                                     xxx−xx−4261

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 14, 2019</u>          <u>Rosemary Gambardella</u>
                                            Judge, United States Bankruptcy Court